IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| SYNOVUS BANK, et al | ) | |
| | ) | |
| v. | ) | CV 214-117 |
| | ) | |
| GOLDMAN SACHS & CO. FINANCIAL ADVISORS TO THE DEBTORS AND DEBTORS IN POSSESSION | ) ) ) | |

**O R D E R**

The Appellants have filed a Dismissal of Appeal asking this Court to dismiss the above captioned appeal with prejudice. This Dismissal is hereby GRANTED. The Clerk is ordered to close this case.

SO ORDERED this _____ day of August, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA